In the matter of the probate of the last will of SAMUEL RICHTER.

[Decided September 6th, 1917.]

In a case not free from doubt but where three witnesses of respectability testify to the legal execution of a will, neither the draftsman or the other two witnesses taking anything under it, and where the will is one the testator would naturally have made, the will should be sustained.

---

On appeal from the Essex county orphans court.

*Mr. William Greenfield* and *Mr. Benjamin M. Weinberg,* for the appellant.

*Mr. William H. Osborne,* for the respondent.

STEVENS, VICE-ORDINARY.

This case is not free from doubt, but the evidence does not convince me that the will was forged. I cannot usefully add anything to the opinion of the judge of the orphans court, with which I concur. Three witnesses of respectability testify to the execution. Neither to the draftsman, nor to the other two witnesses, does the will give anything. It was just such a will as the testator would naturally have made. There is not the slightest independent evidence of a conspiracy to commit forgery and perjury entered into between these witnesses and the widow. Under these circumstances I think the decree of the orphans court should be affirmed.